UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CERVANTES ORCHARDS & VINEYARDS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACL FARMS, INC., a Washington corporation, et al., <br><br> Defendants. | NO. 1:15-CV-03126-LRS <br><br> ORDER TO DISMISS WITH PREJUDICE |

THIS MATTER having come on regularly for hearing before the above-entitled court, the court having considered the pleadings and files herein and the agreement for dismissal of Plaintiff's complaint (ECF No. 21) filed October 24, 2016, NOW, THEREFORE,

**IT IS HEREBY ORDERED** that Plaintiff's complaint shall be dismissed with prejudice and without costs to either party.

DATED this 24th day of October, 2016.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER TO DISMISS WITH PREJUDICE - 1